UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NORMAN C. DANIELS,

       Plaintiff,                                   Case No. 1:10-cv-565

v.                                                              HON. JANET T. NEFF

COMMISSIONER OF SOCIAL
SECURITY

       Defendant.
_____/

## ORDER APPROVING REPORT AND RECOMMENDATION

The court has reviewed the Report and Recommendation (Dkt 18) filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed April 13, 2011, is approved and adopted as the opinion of the court.

**IT IS FURTHER ORDERED** that plaintiff's Motion for Award of Attorneys Fees Pursuant to the Equal Access to Justice Act (Dkt 16) is **GRANTED IN PART AND DENIED IN PART** for the reasons stated in the Report and Recommendation.

**IT IS FURTHER ORDERED** that plaintiff's counsel be awarded fees and costs in the amount of $2,625.00.


Dated: April 29, 2011                                       /s/Janet T. Neff
                                                            JANET T. NEFF
                                                            UNITED STATES DISTRICT JUDGE